# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 7027 | **DATE** | 2/1/2001 |
| **CASE TITLE** | Bertell Harris vs. Board of Trustees of University of | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

University's motion to dismiss count I and University's motion to strike

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Both of University's motions are granted. But University is ordered to file its answer to Complaint Count II by a filing in this court's chambers on or before February 14, 2001 (with a cop of course to be transmitted to Harris), and the previously-set status hearing of February 15 will remain in effect.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | | number of notices |
| ✓ | Notices mailed by judge's staff. | | FEB 02 2001 |
| | Notified counsel by telephone. | | date docketed |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | | docketing deputy initials |
| | Copy to judge/magistrate judge. | | 2/1/2001 |
| | | | date mailed notice |
| SN | courtroom deputy's initials | | SN |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BERTELL HARRIS, )
)
        Plaintiff, )
)
v. ) No. 00 C 7027
)
BOARD OF TRUSTEES OF UNIVERSITY )
OF ILLINOIS AT CHICAGO, )
)
        Defendant. )

MEMORANDUM ORDER

In partial response to the self-prepared employment discrimination action filed by its ex-employee Bertell Harris ("Harris"), the Board of Trustees of University of Illinois at Chicago ("University") has served notice of its contemplated February 15, 2001 presentment of two motions:

1. University's Motion to Dismiss Count I of Harris' Complaint, in which he charges that the University's termination of his employment violated 42 U.S.C. § 1981 ("Section 1981") and

2. University's motion to strike Harris' attempt to recover punitive damages, as reflected in Complaint § 15 and in his prayer for relief.

Because each of those motions is not only well-founded but is totally unanswerable, both of them are granted now.

As for Section 1981, it is well established that (just like 42 U.S.C. § 1983) all claims alleging the deprivation of rights protected under that rubric are subject to a two-year statute of

limitations (see, e.g., Smith v. City of Chicago Heights, 951 F.2d 834, 836 n.1 (7th Cir. 1992) and cases cited there). Because Harris' employment was terminated on February 17, 1998, and because he did not bring this action until November 2000, his Section 1981 claim is well beyond the two-year watershed. It is dismissed with prejudice.

As for punitive damages under Harris' surviving Count II claim (one brought under Title VII), those are expressly barred by congressional enactment where a governmental employer is involved (see Section 1981(a)(b)(1)). Hence Complaint ¶ 15 and the portion of his prayer for relief referred to earlier are stricken.

In summary, both of University's motions are granted. But University is ordered to file its answer to Complaint Count II by a filing in this Court's chambers on or before February 14, 2001 (with a copy of course to be transmitted to Harris), and the previously-set status hearing of February 15 will remain in effect.

                                           _____
                                           Milton I. Shadur
                                           Senior United States District Judge

Date: February 1, 2001

2